

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00287-CR

| | | |
|---|---|---|
| Brandon Jay Douthitt | § | From the 372nd District Court |
| | § | of Tarrant County (1446004D) |
| v. | § | August 25, 2016 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth